UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GRAND ENCAMPMENT OF KNIGHTS TEMPLAR OF THE UNITED STATES OF AMERICA and GRAND COMMANDERY OF KNIGHTS TEMPLAR OF NEW HAMPSHIRE,<br>        Plaintiffs,<br><br>   v.<br><br>CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC., G. SANTY LASCANO, DAVID P. OWEN, ED BOUSQUET, GLENN E. ALMY, RONALD G. ANDRESS, RICHARD L. SWANEY, and WILLIAM R. MILLER,<br>        Defendants. | Case No. 1:11-cv-00463 |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.5, defendant Conference of Grand Masters of Masons in North America, Inc. ("Defendant") states the following:

Defendant is a voluntary association and fraternal organization, registered as a non-profit corporation in Missouri. Defendant has no parent corporation, no publicly held corporation owns a 10% or more interest in the Defendant, and there is no merger agreement between the Defendant and any publicly held corporation.

                              Respectfully submitted,

                              CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC.,

                              By its attorneys,

                              WIGGIN & NOURIE, P.A.

Dated: October 3, 2011         By:  /s/ Thomas J. Pappas
                                                Thomas J. Pappas, Esq. (BNH 4111)
                                                Jennifer Turco Beaudet, Esq. (BNH 17174)
                                                670 North Commercial Street, Suite 305
                                                P.O. Box 808
                                                Tel.:  603.629.4732
                                                Fax:  603.623.8442
                                                tpappas@wiggin-nourie.com
                                                jbeaudet@wiggin-nourie.com

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE

01240495.DOC

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Corporate Disclosure Statement has this day been forwarded via CM/ECF to:

Mark A. Darling, Esquire
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
darling@litchfieldcavo.com
Counsel for Defendants G. Santy Lascano, David P. Owen, and William R. Miller

And via U.S. Mail to:

Michael D. Ramsdell
Orr & Reno
One Eagle Square
P.O. Box 3550
Concord, NH  03302-3550
(603) 224-2381
mramsdell@orr-reno.com
Counsel for Plaintiffs

Jaime N. Hage, Esquire
Kathleen Davidson, Esquire
HAGE HODES PA
1855 Elm Street
Manchester, NH  03104
(603) 668-2222
JHage@hagehodes.com
KDavidson@hagehodes.com
Counsel for Defendant Glenn E. Almy

Dated:  October 3, 2011                              By: */s/* Thomas J. Pappas
                                                                       Thomas J. Pappas, Esq. (BNH 4111)

01240495.DOC