UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Grand Encampment of Knights Templar<br>Of the United States of America, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Conference of Grand Masters of Masons<br>In North America, Inc., et al.,<br><br>Defendants. | Case No. 1:11-cv-00463-JD |

## PLAINTIFFS' DISCLOSURE STATEMENT

Plaintiffs the Grand Encampment of Knights Templar of the United States of America and the Grand Commandery of Knights Templar of New Hampshire, by and through their counsel, Orr & Reno, P.A., respectfully submit the following Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.5:

Plaintiffs are voluntary associations and fraternal organizations that have no parent corporations, no publicly held corporation owns a 10% or greater interest in either Plaintiff, and there is no merger agreement between either Plaintiff and any publicly held corporation.

    Respectfully submitted,

    GRAND ENCAMPMENT OF KNIGHTS
    TEMPLAR OF THE UNITED STATES OF
    AMERICA; and

    GRAND COMMANDERY OF KNIGHTS
    TEMPLAR OF NEW HAMPSHIRE

1

                        By their attorneys,

Dated: October 21, 2011          By: /s/Michael D. Ramsdell
                                            Michael D. Ramsdell (Bar No. 2096)
                                            Orr & Reno, P.A.
                                            One Eagle Square, P.O. Box 3550
                                            Concord, NH  03102-3550
                                            (603) 223-9185
                                            mramsdell@orr-reno.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was this day forwarded via ECF to all counsel of record.

                                                                     /s/ Michael D. Ramsdell
                                                                     Michael D. Ramsdell

815671_1