UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

GRAND ENCAMPMENT OF KNIGHTS
TEMPLAR OF THE UNITED STATES OF
AMERICA, et al.,

      Plaintiffs,

    v.                                  Case No. 1:11-cv-00463-JD

CONFERENCE OF GRAND MASTERS OF
MASONS IN NORTH AMERICA, INC.,
et al.,

      Defendants.

**OBJECTION OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC.
AND RICHARD SWANEY TO PLAINTIFFS'
MOTION TO CONDUCT JURISDICTIONAL DISCOVERY**

Defendants Conference of Grand Masters of Masons in North America, Inc. (the "Conference of Grand Masters"), and Richard Swaney, by and through their attorneys, Wiggin & Nourie, P.A., object to plaintiffs' motion to conduct jurisdictional discovery as follows:

1.    A Court will permit jurisdictional discovery if the plaintiff can identify the type of evidence they seek to discover and can demonstrate that those facts would support personal jurisdiction over defendant. United States v. Swiss American Bank, Ltd., 274 F.3d. 610, 625-626 (1st Cir. 2001). In deciding a motion to conduct jurisdictional discovery, the Court will look to whether the plaintiff can "present facts to the Court which show why jurisdiction will be found if discovery were permitted." Id. at 627.

2.    Here, the plaintiffs have not identified the type of evidence or facts they seek to discover, and have not demonstrated why those facts would support personal jurisdiction over the Conference of Grand Masters or Richard Swaney.

3. In their Motion, the plaintiffs argue that through discovery, plaintiffs "will demonstrate that the individual and collective purpose of the above-described conduct of defendants . . . was to motivate and encourage others to disseminate the claim of 'irregularity' throughout the Grand Commanderies of all fifty states, including New Hampshire. Defendants knew such a claim would result in the Grand Commanderies being prohibited from interacting with plaintiffs, which would deprive them of the ability to receive charitable funds or administer the charities." These conclusory statements do not identify the type of evidence or facts that plaintiffs seek to obtain through discovery and they do not explain how such facts would show why this Court has personal jurisdiction over The Conference of Grand Masters and Richard Swaney.

4. Consequently, Plaintiffs' Motion to Conduct Jurisdictional Discovery should be denied.

WHEREFORE, defendants Conference of Grand Masters, and Richard Swaney respectfully request that this Honorable Court:

A. Deny Plaintiffs' Motion to Conduct Jurisdictional Discovery; and

B. Grant such other and further relief as this Court deems just and equitable.

                        Respectfully submitted,

                        CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC., And RICHARD SWANEY,

                        By their attorneys,

                        WIGGIN & NOURIE, P.A.

Dated: December  , 2011        By:  */s/ Thomas J. Pappas*
                                              Thomas J. Pappas, Esq. (Bar. No. 4111)
                                              Jennifer Turco Beaudet, Esq. (Bar. No. 17174)
                                              670 North Commercial Street, Suite 305
                                              P.O. Box 808
                                              Manchester, NH 03105-0808
                                              (603) 669-2211
                                              tpappas@wiggin-nourie.com
                                              jbeaudet@wiggin-nourie.com

WIGGIN & NOURIE, P.A., MANCHESTER, NEW HAMPSHIRE

**CERTIFICATE OF SERVICE**

    A copy of the foregoing Motion to Dismiss by Defendants Conference of Grand Masters of Masons in North America, Inc., Ed Bousquet, and Richard Swaney has this day been forwarded via CM/ECF to:

Mark A. Darling, Esquire
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
darling@litchfieldcavo.com
Counsel for Defendants G. Santy Lascano, David P. Owen, and William R. Miller

Lawrence B. Gormley, Esq.
Hoefle, Phoenix, Gormley & Roberts, P.A.
402 State Street
Portsmouth NH 03802-4480
(603) 436-0666
LGormley@hpgrlaw.com
Counsel for Defendant Ronald Andress

Michael D. Ramsdell
Orr & Reno
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
mramsdell@orr-reno.com
Counsel for Plaintiffs

Jaime N. Hage, Esquire
Kathleen Davidson, Esquire
HAGE HODES PA
1855 Elm Street
Manchester, NH 03104
(603) 668-2222
JHage@hagehodes.com
KDavidson@hagehodes.com
Counsel for Defendant Glenn E. Almy

Dated: December , 2011        By:  */s/ Thomas J. Pappas*
                                                   Jennifer Turco Beaudet, Esq. (Bar. No. 17174)