UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GRAND ENCAMPMENT OF KNIGHTS TEMPLAR OF THE UNITED STATES OF AMERICA, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH AMERICA, INC., et al., <br><br>          Defendants. | Case No. 1:11-cv-00463-JD |

**SUPPLEMENT TO
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS BY
DEFENDANTS CONFERENCE OF GRAND MASTERS OF MASONS IN NORTH
AMERICA, INC., ED BOUSQUET, AND RICHARD SWANEY**

NOW COME defendants Conference of Grand Masters of Masons in North America, Inc., Ed Bousquet, and Richard Swaney (collectively, "Defendants"), by and through their attorneys, Wiggin & Nourie, P.A., and respectfully submit this supplement to their memorandum of law in support of their motion to dismiss, stating as follows:

1.      In Defendants' memorandum of law in support of their motion to dismiss (the "Memorandum of Law"), Defendants' counsel erred four times by referring to the Grand Encampment of Knights Templar of the United States of America (the "Grand Encampment") when counsel meant instead to refer to the Grand Priory of the Reformed and Rectified Rite of the United States of America (the "Grand Priory").  Defendants submit this Supplement to clarify the intended meaning of the statements containing the error.

01250790.DOC                                  1

2. The Memorandum of Law represents that Plaintiffs' allege in their Declaration that defendants Swaney and Bousquet each issued statements to their Grand Lodges regarding the irregularity of the Grand Encampment. See Memorandum of Law at 4, 5. To the extent that these representations refer to the Grand Encampment, they are erroneous, as they should have instead referred to the Grand Priory. See Plaintiffs' Declaration at ¶¶ 22, 27.

3. The Memorandum of Law represents that defendants Bousquet and Swaney each swore that they issued statements to their Grand Lodges regarding the irregularity of the Grand Encampment. See Memorandum of Law at 11. To the extent that these representations refer to the Grand Encampment, they are erroneous, as they should have instead referred to the Grand Priory. See Swaney Declaration at ¶ 23; Bousquet Declaration at ¶ 27.

4. The Memorandum of Law represents that defendant Bousquet "gathered information regarding the lineage of the Great Priory of Occitania and/or the Grand Encampment." See Memorandum of Law at 5. To the extent that this representation refers to the Grand Encampment, it is erroneous, as it should have instead referred to the Grand Priory. See Bousquet Declaration at ¶ 16.

5. Defendants' counsel does not believe that the Plaintiffs have been prejudiced by the errors described above, as they are not material to the motion or the objection thereto.

        Respectfully submitted,

        CONFERENCE OF GRAND MASTERS OF
        MASONS IN NORTH AMERICA, INC.,
        ED BOUSQUET, and
        RICHARD SWANEY,

        By their attorneys,

        WIGGIN & NOURIE, P.A.

Dated: December 13, 2011  By: */s/ Jennifer Turco Beaudet*
        Thomas J. Pappas, Esq. (Bar. No. 4111)
        Jennifer Turco Beaudet, Esq. (Bar. No. 17174)
        670 North Commercial Street, Suite 305
        P.O. Box 808
        Manchester, NH 03105-0808
        (603) 669-2211
        tpappas@wiggin-nourie.com
        jbeaudet@wiggin-nourie.com

## **CERTIFICATE OF SERVICE**

A copy of the foregoing Supplement to Memorandum of Law in Support of Motion to Dismiss by Defendants Conference of Grand Masters of Masons in North America, Inc., Ed Bousquet, and Richard Swaney has this day been forwarded via CM/ECF to:

Mark A. Darling, Esquire
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500
darling@litchfieldcavo.com
Counsel for Defendants G. Santy Lascano, David P. Owen, and William R. Miller

Lawrence B. Gormley, Esq.
Hoefle, Phoenix, Gormley & Roberts, P.A.
402 State Street
Portsmouth NH 03802-4480
(603) 436-0666
LGormley@hpgrlaw.com
Counsel for Defendant Ronald Andress

Michael D. Ramsdell
Orr & Reno
One Eagle Square
P.O. Box 3550
Concord, NH  03302-3550
(603) 224-2381
mramsdell@orr-reno.com
Counsel for Plaintiffs

Jaime N. Hage, Esquire
Kathleen Davidson, Esquire
HAGE HODES PA
1855 Elm Street
Manchester, NH   03104
(603) 668-2222
JHage@hagehodes.com
KDavidson@hagehodes.com
Counsel for Defendant Glenn E. Almy

Dated: December 13, 2011         By:  _/s/ Jennifer Turco Beaudet_
                                      Jennifer Turco Beaudet, Esq. (Bar. No. 17174)

01250790.DOC                              4