UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Grand Encampment of Knights Templar</u>
<u>of the United States of America, et al.</u>

           v.                       Civil No. 11-cv-463-JD

<u>Conference of Grand Masters</u>
<u>of Masons in North America, Inc., et al.</u>

## O R D E R

On December 19, 2011, Attorneys Jennifer Turco Beaudet and Thomas J. Pappas filed Notices of Withdrawal. Pursuant to LR 83.6(d), an attorney may withdraw from a case by serving notice of withdrawal if (1) there are no motions pending before the court, (2) the case has not been pre-tried, or (3) no trial date has been set.

As there are numerous Motions to Dismiss pending, including a Motion to Dismiss filed by Attorney Beaudet, Doc. 15, and an Objection to another pending Motion to Dismiss filed by Attorney Pappas, Doc. 24, a Motion for Leave to Withdraw must be filed.

SO ORDERED.

December 22, 2011                          /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:    Michael Ramsdell, Esq.
        Jennifer Beaudet, Esq.
        Thomas Pappas, Esq.
        Mark Darling, Esq.
        Jamie Hage, Esq.
        Kathleen Davidson, Esq.
        Lawrence Gormley, Esq.