UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Grand Encampment of Knights Templar
of the United States of America, et al.</u>

              v.                Civil No. 11-cv-463-JD

<u>Conference of Grand Masters of Masons
in North America, Inc., et al.</u>

O R D E R
<u>As to Defendant Donald H. Yankey</u>

Amended Complaint Filed:   October 25, 2011

Summons Has Not Been Filed for Issuance

To date, the Court has received no return of service as to defendant Donald H. Yankey.

In accordance with Federal Rule of Civil Procedure 4(m), the case as to defendant Donald H. Yankey will be dismissed without prejudice on February 22, 2012, if said return or a motion to extend time to effect service is not received by that date.

SO ORDERED.


January 18, 2012                        <u>*/s/ Deb Eastman-Proulx*</u>
                                            Deb Eastman-Proulx
                                            Deputy Clerk
                                            United States District Court


cc:    Michael Ramsdell, Esq.
        Jennifer Turco Beaudet, Esq.
        Thomas Pappas, Esq.
        Mark Darling, Esq.
        Jamie Hage, Esq.
        Kathleen Davidson, Esq.
        Lawrence Gormley, Esq.