UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Grand Encampment of Knights Templar
of the United States of America, et al.

                          v.                                    Civil No. 11-cv-463-JD

Donald H. Yankey



O R D E R

On January 18, 2012, an order was issued in reference to service of Defendant Donald H.

Yankey.  Either a return of service of motion to extend time to effect service was to be filed by

February 22, 2012.  As neither document has been filed, the case as to Defendant Donald H.

Yankey is herewith dismissed without prejudice.



        SO ORDERED.



February 28, 2012                          /s/ Joseph A. DiClerico, Jr.
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge


cc:     Michael Ramsdell, Esq.
        Jennifer Turco Beaudet, Esq.
        Thomas Pappas, Esq.
        Mark Darling, Esq.
        Jamie Hage, Esq.
        Kathleen Davidson, Esq.
        Lawrence Gormley, Esq.