UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Grand Encampment of Knights Templar</u>
<u>of the United States of America, et al.</u>

      v.                                 Civil No. 11-cv-463-JD

<u>Conference of Grand Masters of Masons</u>
<u>in North America, Inc., et al.</u>

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:   Orders dated January 18, February 28, and March 6, 2012 by United States District Judge Joseph A. DiClerico, Jr.

                                    By the Court,

                                  */s/ James R. Starr*

                                  James R. Starr, Clerk

March 6, 2012

cc:    Michael Ramsdell, Esq.
         Jennifer Beaudet, Esq.
         Thomas Pappas, Esq.
         Mark Darling, Esq.
         Jamie Hage, Esq.
         Kathleen Davidson, Esq.
         Lawrence Gormley, Esq.